# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Gabriel Augustin Garcia<br><br>**Date of Birth:** XXXXXXXX<br>*Defendant(s)* | Case: 1:21-mj-00095<br>Assigned to: Judge Robin M. Meriweather<br>Assign Date: 1/17/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 231(a)(3), § 2(a) | Certain Acts During Civil Disorder, Aiding and Abetting |
| 18 USC 1752(a)(1)&(2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 USC 5104(e)(2)(D)&(G) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael F. Biscardi, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   01/17/2021

*Judge's signature*

City and state:   Washington D.C.     Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*