## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

       **PLAINTIFF,**

**v.**

       **Case No. 1:21-mj-00095-GMH**
       **Mag. Judge: Meriweather**

**GABRIEL GARCIA**

       **DEFENDANT.**

_____/

## MOTION FOR ADMISSION OF ATTORNEY
## AUBREY WEBB, *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c) & (d), Defendant Gabriel Garcia moves for the admission and appearance of attorney Aubrey Webb pro hac vice in the above-captioned action. This motion is supported by the declaration of Aubrey Webb, filed herewith. As set forth in Mr. Webb's declaration, he is admitted and an active member in good standing in the following courts and bars: The Florida Bar, the United States District Court for the Southern District of Florida, and the United States Court of Appeals for the Eleventh Circuit. This motion is supported and signed by Charles R. Haskell, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 25th day of January, 2021.

Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell
DC Bar No.: 888304007
641 Indiana Ave. NW
Washington, DC 20004
Charles@CharlesHaskell.com

*Counsel for Defendant*